| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Michael Adams (SBN 185835)<br>madams@rutan.com<br>Proud Usahacharoenporn (SBN 278204)<br>pusaha@rutan.com<br>RUTAN & TUCKER, LLP<br>611 Anton Boulevard, Fourteenth Floor<br>Costa Mesa, California 92626-1931<br>Telephone: 714-641-5100<br>Facsimile:  714-546-9035 |
| 6 | Attorneys for Plaintiff<br>Curt Herberts, II |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURT HERBERTS, II, an individual doing business as Pacific Coast Realty Group,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC COAST REALTY GROUP, INC., a California corporation; JAMES P. BRENNAN, an individual; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:13-cv-02302-RGK-SP<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge:　Hon. R. Gary Klausner<br>Ctrm:　　850 |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

Dated: <u>February 14, 2014</u>

　　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　　Hon. R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

Rutan & Tucker, LLP
attorneys at law

2530/021731-0004
6670178.1 a02/14/14

-1-

Case No. 5:13-cv-02302-RGK-SP
ORDER DISMISSING ACTION WITH PREJUDICE